UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SHERMAN BEANS,

    Plaintiff,

v.

Case No. 11-12816

Paul D. Borman
United States District Court Judge

WASHINGTON MUTUAL, *et al.*,

    Defendants.
_____/

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

On June 30, 2011, Plaintiff filed a Complaint and an Application to Proceed Without Prepayment of Fees. It is unclear if the Application to Proceed Without Prepayment of Fees is even intended for this Court as it lacks a designation as to the District Court in which the Application is filed. Moreover, the Application is incomplete, as Plaintiff has failed to designate whether he is currently incarcerated, currently employed or when/if he was last employed. An indigent litigant seeking to proceed *in forma pauperis* must file an affidavit that includes a statement of that person's assets and his inability to pay fees. See 28 U.S.C. § 1915(a)(1). Further, the Application appears to be missing the second page and fails to contain a declaration under perjury signed by the Plaintiff acknowledging the truth of the information provided. Without this information, the Court is unable to grant or deny Plaintiff's Application.

The Court will allow Plaintiff until August 22, 2011 to file a conforming Application to

Proceed Without Prepayment of Fees. If such an Application is not received on or before that date, Plaintiff's case will be dismissed without further notice from the Court.

IT IS SO ORDERED.

Dated: 8-8-11

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE